MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
BERNARD J. KORNBERG (State Bar No. 252006)
bjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Wells Fargo Dealer Services, a division of Wells Fargo Bank, N.A.,

**FILED & ENTERED**

**JAN 10 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**CHANGES MADE BY COURT**

<u>**NOT FOR PUBLICATION**</u>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Jasmine Lepe,<br><br>      Debtor.<br><br>Jasmine Lepe,<br><br>      Movant,<br><br>  vs.<br><br>Wells Fargo Dealer Services, a division of Wells Fargo Bank, N.A.,<br><br>      Respondent. | Case No. 2:17-bk-20482-RK<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION FOR DAMAGES AND SANCTIONS AGAINST WELLS FARGO BANK**<br><br>Date:    January 9, 2017<br>Time:   2:30 p.m.<br>Crtrm.:  1675 |

On January 9, 2018, the Court held hearing on the motion of debtor Jasmine Lepe ("Debtor") for sanctions and damages against respondent Wells Fargo Dealer Services, a division of Wells Fargo Bank, N.A. ("Wells Fargo"). The motion was opposed by Wells Fargo. Wells Fargo appeared through its counsel of record, Bernard J. Kornberg of Severson & Werson, P.C. Debtor who appeared for herself, stating that her bankruptcy counsel was not representing her at the hearing and that she was representing herself at the hearing. The Court, after considering the

08999.0217/11044599.1

ORDER DENYING DEBTOR'S MOTION FOR DAMAGES AND SANCTIONS

arguments made in the papers and at the hearing, adopted its tentative ruling and denied the motion.

### FINDINGS OF FACTS AND CONCLUSIONS OF LAW

The Court finds and concludes that Debtor lacks standing to sue for stay violations in a Chapter 7 bankruptcy case since only the Chapter 7 trustee has standing to assert violations of stay as to estate property, such as the subject vehicle. *In re Mwangi*, 764 F.3d 1168, 1171 (9th Cir. 2014), *cited with approval in, In re Perry*, 2017 WL 1276075 (C.D. Cal. 2017).

### ORDER

It is hereby ordered that Debtor's Motion for Sanctions against Wells Fargo is denied for lack of standing to seek the requested relief.

###

Date: January 10, 2018

_____

Robert Kwan
United States Bankruptcy Judge